UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
  MICHAEL VENTAROLA,

                Plaintiff,

                                                         18 **CIVIL** 3231 (PMH) (BCM)

          -against-                              **DEFAULT JUDGMENT**

DANIEL H. REYES NARVAEZ, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Memorandum Opinion and Order dated March 4, 2021, the Report is adopted; the Default Order is hereby vacated as to Batista, and Plaintiff's claims against her are dismissed; judgment is entered against Narvaez in the amount of $200,000.00, together with pre-judgment interest at a rate of 9% per annum ($49.32 per day) from February 16, 2021 until the date on which final judgment is entered in the amount of $887.76, and post-judgment interest at the statutory rate prescribed by 28 U.S.C. § 1961; accordingly, the case is closed.

**DATED**: New York, New York
          March 5, 2021

                                                **RUBY J. KRAJICK**
                                                  _____
                                                   **Clerk of Court**
                                           **BY**:_____
                                                   **Deputy Clerk**